UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-00346-D-3

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| CRYSTAL MARIE PATE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 230. The Court is of the opinion that this document should be filed under seal in the interest of justice.

IT IS ORDERED that the requested documents be sealed and filed under seal.

SO ORDERED this **28** day of **September** 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE